UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | McNabb, Robert Joseph | Docket No. | 2:18CR00045-RMP-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Robert Joseph McNabb, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 11th day of June 2018, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #27:** Prohibited Substance Testing: If random urinalysis is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

**Additional Condition #28:** Curfew: Defendant shall be restricted to his approved residence every day from 7:00 p.m. to 7:00 a.m.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Robert Joseph McNabb is alleged to have ingested methamphetamine on November 12, 2018.

On June 14, 2018, the conditions of pretrial release supervision were reviewed with Mr. McNabb. He acknowledged an understanding of his conditions, which included, standard condition number 9.

On November 13, 2018, Mr. McNabb contacted the undersigned officer to report he attempted to submit to random urinalysis testing using synthetic urine to pass the drug screening test on that date. Mr. McNabb verbally admitted he ingested methamphetamine a couple of days prior. Subsequently, the undersigned officer instructed Mr. McNabb to report to the U.S. Probation Office on November 14, 2018, and signed a substance abuse admission form.

On November 14, 2018, Mr. McNabb reported to the U.S. Probation Office, as instructed, and met with U.S. Probation Officer, Corey McCain. During that meeting, Mr. McNabb signed a substance abuse admission form acknowledging he ingested methamphetamine on November 12, 2018.

**Violation #2:** Robert Joseph McNabb is alleged to have attempted to obstruct urinalysis testing by using synthetic urine to pass a drug screening test on November 13, 2018.

On June 14, 2018, the conditions of pretrial release supervision were reviewed with Mr. McNabb. He acknowledged an understanding of his conditions, which included, additional condition number 27. Also on June 14, 2018, Mr. McNabb was referred to the phase urinalysis testing program at Pioneer Human Services (PHS), in which he was required contact PHS daily to determine if he is required to submit to random urinalysis testing.

Re: McNabb, Robert Joseph
November 20, 2018
Page 2

On November 13, 2018, Mr. McNabb contacted the undersigned officer to advise he had attempted to use synthetic urine to obstruct a drug screening test at PHS.

A staff member from PHS advised the undersigned officer that on November 13, 2018, Mr. McNabb was caught using a bottle containing synthetic urine to pass his drug screening test.

**Violation #3:** Robert Joseph McNabb is alleged to have arrived late for his 7 p.m. curfew on November 14, 2018.

On June 14, 2018, the conditions of pretrial release supervision were reviewed with Mr. McNabb. He acknowledged an understanding of his conditions, which included, additional condition number 28.

On November 14, 2018, Mr. McNabb failed to return to his residence until approximately 8:05 p.m.

It should be noted on November 14, 2018, Mr. McNabb contacted the undersigned officer via text messaging to report his sister's vehicle ran out of gas and he was late for his curfew.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   November 20, 2018

by   s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

11/21/2018
Date