PROB 12C
(6/16)

Report Date: November 24, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 26, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Joseph McNabb                Case Number: 0980 2:18CR00045-TOR-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Ellensburg, WA 98926

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervisory Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 28, 2019

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) | |
| Original Sentence: | Prison - 60 Months; TSR - 48 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: April 21, 2023 |
| Defense Attorney: | Adrien Lindsay Fox | Date Supervision Expires: Tolling |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/28/2025.

On April 24, 2023, Mr. Robert McNabb signed his conditions relative to case number 2:18CR00045-TOR-1, indicating that he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| 6 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |
| 7 | **Standard Condition # 10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers). |
| | **Supporting Evidence**: Mr. Robert McNabb is alleged to have violated mandatory conditions 1 and 2, and standard condition number 10, following his arrest occurring on October 7, 2025, and as a result of recent indictment. Specifically, on October 22, 2025, Mr. McNabb |

Prob12C
**Re: McNabb, Robert Joseph**
**November 24, 2025**
**Page 2**

was charged in a 3 count indictment filed in the Eastern District of Washington, under cause number 2:25CR00165-TOR-1. The indictment charges Mr. McNabb with one count of Possession with Intent to Distribute 400 Grams or More of Fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi), one count of Possession of a Firearm in Furtherance of Drug Trafficking, in violation of 18 U.S.C. § 924(c)(1)(A) and one count of Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

According to the indictment filed October 22, 2025, on or about October 7, 2025, the subject, Robert Joseph McNabb, did, in the Eastern District of Washington, knowingly possess with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance and a Smith & Wesson M&P 45 .45 caliber pistol, in furtherance of a drug trafficking crime. Count 3 of the indictment asserts that Mr. McNabb, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding 1 year, did knowingly possess in and affecting commerce, a firearm, to wit: a Smith & Wesson M&P 45 .45 caliber pistol.

Mr. McNabb is next set to appear before the Court relative to this matter on December 17, 2025, at 2 p.m. for the purpose of a pre-trial conference.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 24, 2025

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: McNabb, Robert Joseph
November 24, 2025
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Thomas O. Rice*

Signature of Judicial Officer

November 26, 2025

Date